UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                              CASE NO. 6:24-cr-256-JA-RMN

KONSTANTINE DEAN PETROVAS
  a/k/a Dean Petrovas

### CERTIFICATE OF INTERESTED PERSONS
### AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested person's order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

> Roger B. Handberg, United States Attorney
>
> Sarah Megan Testerman, Assistant United States Attorney
>
> Rebecca Spears, Special Agent, Investigative Agent
>
> Federal Bureau of Investigation, Investigative Agency
>
> Konstantine Dean Petrovas, Defendant

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:   None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: None.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: October 23, 2024.

    Respectfully submitted,

    ROGER B. HANDBERG
    United States Attorney

By: */s/ Sarah Megan Testerman*
    Sarah Megan Testerman
    Assistant United States Attorney
    Florida Bar No. 0124884
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone: (407) 648-7500
    Facsimile: (407) 648-7643
    E-mail: megan.testerman@usdoj.gov

U.S. v. KONSTANTINE D. PETROVAS      Case No. 6:24-cr-256-JA-RMN

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

N/A

> */s/ Sarah Megan Testerman*
> Sarah Megan Testerman
> Assistant United States Attorney
> Florida Bar No. 0124884
> 400 W. Washington Street, Suite 3100
> Orlando, Florida 32801
> Telephone:  (407) 648-7500
> Facsimile:   (407) 648-7643
> E-mail: megan.testerman@usdoj.gov